11 So.2d 168
**Hilliard (alias Hill) FREENEY v. STATE.**
**4 Div. 709.**

Court of Appeals of Alabama.
Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 846
**Eulan FULMER v. STATE.**
**5 Div. 150.**

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 168
**Howard GADDY v. STATE.**
**6 Div. 867.**

Court of Appeals of Alabama.
Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

3 So.2d 920
**John GADDY, Raymond Daughdrell and George Daughdrell v. STATE.**
**6 Div. 762.**

Court of Appeals of Alabama.
May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 920
**Lorenza GANER, alias Marshall v. STATE.**
**3 Div. 838.**

Court of Appeals of Alabama.
May 27, 1941.

H. C. Rankin, of Brewton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 901
**Charley GARNER v. STATE.**
**6 Div. 893.**

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.